U.S. BANK NATIONAL ASSOCIATION, as Trustee FOR STRUCTURED AS-SET INVESTMENT LOAN TRUST MORTGAGE PASS–THROUGH CERTIFICATES, SERIES 2006–BNC3

v.

Charles E. MCGOWAN, the United States of America

Petition of: Charles E. McGowan

No. 153 WAL 2017

Supreme Court of Pennsylvania.

October 12, 2017

### ORDER

PER CURIAM

AND NOW, this 12th day of October, 2017, the Petition for Allowance of Appeal is DENIED.

■

BANK OF NEW YORK MELLON fka the Bank of New York as Trustee FOR the BENEFIT OF the CERTIFI-CATE HOLDERS, CWALT, INC., AL-TERNATIVE LOAN TRUST 2007–3T1; MORTGAGE PASS–THROUGH CERTIFICATES SERIES 2007–3T1, Respondent

v.

Adenekan ADESANYA and Afoluso Adesanya, Petitioners

No. 340 MAL 2017

Supreme Court of Pennsylvania.

October 12, 2017

### ORDER

PER CURIAM

AND NOW, this 12th day of October, 2017, the Petition for Allowance of Appeal is DENIED.

■

Justin L. HAWBAKER, Petitioner

v.

WORKERS' COMPENSATION AP-PEAL BOARD (KRINER'S QUALITY ROOFING SERVICES AND UNIN-SURED EMPLOYER GUARANTY FUND), Respondents

No. 300 MAL 2017

Supreme Court of Pennsylvania.

October 12, 2017

### ORDER

PER CURIAM

AND NOW, this 12th day of October, 2017, the Petition for Allowance of Appeal is DENIED.